PATRICIA S. MAR (CA SBN 45593)
pmar@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
CARL H. LOEWENSON, JR., COURT-APPOINTED
RECEIVER FOR CREDIT BANCORP, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL H. LOEWENSON, JR., COURT-APPOINTED RECEIVER FOR CREDIT BANCORP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL COMMUNICATION SYSTEMS, INC. (formerly World Wide Wireless Communications, Inc.), <br><br> Defendant. | Case No.   C 06-2182 MHP <br><br><br> **STIPULATION TO EXTEND MEDIATION DEADLINE AND MODIFY SUMMARY JUDGMENT SCHEDULE** <br><br> **AND ORDER** |

Pursuant to the Stipulation and Order Selecting ADR Procedures, filed July 19, 2006 in the above-referenced case, the deadline for the parties to conduct mediation is 60 days from the date of the order, or September 18, 2006 (Docket No. 10.)   At a telephone Case Management Conference held on July 25, 2006, the Court set a briefing and hearing schedule for plaintiff's summary judgment motion, which is reflected in the Civil Pretrial Minutes dated July 25, 2006 (Docket No. 13.). Because of scheduling conflicts, the mediation is scheduled for November 9, 2006, outside the current deadline for completing ADR procedures.   Plaintiff and defendant



stipulate to extend the mediation deadline and modify the summary judgment schedule as follows:

1. The deadline for conducting mediation shall be extended from September 18, 2006 to November 10, 2006.

2. The schedule for plaintiff's summary judgment motion shall be revised as follows:

    a. The motion for summary judgment shall be filed and served by October 27, 2006 (extended from September 12, 2006).

    b. Opposition to the motion shall be filed and served by November 17, 2006 (extended from October 2, 2006).

    c. Reply to the opposition shall be filed and served by November 30, 2006 (extended from October 12, 2006).

    d. Hearing on the motion will be held at 2 p.m. on December 11, 2006 (extended from October 23, 2006).

Dated: September 14, 2006

PATRICIA S. MAR  
MORRISON & FOERSTER LLP

By: _____  
Patricia S. Mar

Attorneys for Plaintiff  
CARL H. LOEWENSON, JR., COURT-APPOINTED RECEIVER FOR CREDIT BANCORP, LTD.

MARK O. VAN WAGONER

By: _____  
Mark O. Van Wagoner

Attorneys for Defendant  
UNIVERSAL COMMNICATIONS SYSTEMS, INC.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

September 22, 2006

U.S. District

sf-2193669

STIPULATION AND ORDER  
EXTENSION OF TIME  
Case No. 06-2182 MHP



2