| | |
|---|---|
| 1 | PATRICIA S. MAR (CA SBN 45593) |
| 2 | pmar@mofo.com<br>MORRISON & FOERSTER LLP |
| 3 | 425 Market Street<br>San Francisco, California  94105-2482 |
| 4 | Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| 5 | Attorneys for Plaintiff |
| 6 | CARL H. LOEWENSON, JR., COURT-APPOINTED<br>RECEIVER FOR CREDIT BANCORP, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL H. LOEWENSON, JR., COURT-APPOINTED RECEIVER FOR CREDIT BANCORP, LTD., | Case No.   C 06-2182 MHP |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| UNIVERSAL COMMUNICATION SYSTEMS, INC. (formerly World Wide Wireless Communications, Inc.), | |
| Defendant. | |

Pursuant to settlement and Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Carl H. Loewenson, Jr., as court-appointed receiver of Credit Bancorp, Ltd., and  Defendant Universal Communication Systems, formerly World Wide Wireless Communications, Inc., hereby stipulate by and through their attorneys that this action shall be dismissed, with prejudice, with each side to bear its own costs and fees.

1

sf-2286869

PATRICIA S. MAR
MORRISON & FOERSTER LLP

By: /s/ Patricia S. Mar

Attorneys for Plainiff
CARL H. LOEWENSON, JR., COURT-APPOINTED RECEIVER FOR CREDIT BANCORP, LTD.

MARK O. VAN WAGONER

By: /s/ Mark O. Van Wagoner

Attorneys for Defendant
UNIVERSAL COMMUNICATIONS SYSTEMS, INC.

March 29, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA